| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Weragoda, Wilfred, Kularatne** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Weragoda, Sujatha, Shanthikumari** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Ceylon Hotels Management, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **5498** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **5518** |
| Street Address of Debtor (No. & Street, City, and State):<br>**10431 Gaynor Avenue**<br>**Granada Hills, CA**<br>ZIP CODE **91344** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**10431 Gaynor Avenue**<br>**Granada Hills, CA**<br>ZIP CODE **91344** |
| County of Residence or of the Principal Place of Business:<br>**San Fernando Valley** | County of Residence or of the Principal Place of Business:<br>**San Fernando Valley** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Wilfred Kularatne Weragoda, Sujatha Shanthikumari Weragoda** | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Cases Filed Within Last 8 Years** *(If more than two, attach additional sheet.)* | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** *(If more than one, attach additional sheet)* | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  <b>/s/ John Asuncion, Esq.</b>           <b>8/15/2009</b><br>    Signature of Attorney for Debtor(s)        Date<br>    <b>John Asuncion</b>                    <b>165406</b></td>
</tr>
<tr>
<td><b>Exhibit C</b><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No</td>
<td><b>Exhibit D</b><br>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.</td>
</tr>
</table>

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) | FORM B1, Page 3 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Wilfred Kularatne Weragoda, Sujatha Shanthikumari Weragoda | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Wilfred Kularatne Weragoda**

Signature of Debtor    **Wilfred Kularatne Weragoda**

X **/s/ Sujatha Shanthikumari Weragoda**

Signature of Joint Debtor    **Sujatha Shanthikumari Weragoda**

Telephone Number (If not represented by attorney)

**8/15/2009**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s/ John Asuncion, Esq.**

Signature of Attorney for Debtor(s)

**John Asuncion**

Printed Name of Attorney for Debtor(s)

**The Law Offices of John Asuncion**

Firm Name

**4311 Wilshire Blvd., Suite 602 Los Angeles, CA 90010-3717**

Address

**(323) 549-3933**    **(323) 954-4334**

Telephone Number

**8/15/2009**    **165406**

Date    Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **John Asuncion, Esq.**<br>**4311 Wilshire Blvd. #602**<br>**Los Angeles, CA 90010**<br>**Tel: 323 549-3933**<br>**Fax:323 954-4334**<br>☑ *Attorney for:* **Debtors** | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Wilfred Kularatne Weragoda**<br>**Sujatha Shanthikumari Weragoda**<br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER:    **13**<br><br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (INDIVIDUAL)

☑ Petition, statement of affairs, schedules or lists    Date Filed: **8-15-09**
☐ Amendments to petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other: _____    Date Filed: _____

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    Date _8/15/09_
*Signature of Signing Party*

**Wilfred Kularatne Weragoda**
*Printed Name of Signing Party*

_____    Date _8/15/09_
*Signature of Joint Debtor (if applicable)*

**Sujatha Shanthikumari Weragoda**
*Printed Name of Joint Debtor (if applicable)*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____

8·15-09

Signature of Attorney for Signing Party                    Date

**John Asuncion**
Printed Name of Attorney for Signing Party

Official Form 1- Exhibit D (Rev. 12/08) page 1                                    2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  **Wilfred Kularatne Weragoda**<br>**Sujatha Shanthikumari Weragoda**                    Debtors. | CHAPTER:   **13**<br>CASE NO.: |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

Official Form 1- Exhibit D (Rev. 12/08) page 2                                2008 USBC, Central District of California

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Wilfred Kularatne Weragoda**
                       **Wilfred Kularatne Weragoda**

Date:   **8/15/2009**

Official Form 1- Exhibit D (Rev. 12/08) page 1                                                                    2008 USBC, Central District of California

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re  **Wilfred Kularatne Weragoda**<br>**Sujatha Shanthikumari Weragoda**                Debtors. | CHAPTER:  **13**<br>CASE NO.: |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❑ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑ Active military duty in a military combat zone.

Official Form 1- Exhibit D (Rev. 12/08) page 2                                    2008 USBC, Central District of California

❏   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Sujatha Shanthikumari Weragoda**
                       **Sujatha Shanthikumari Weragoda**

Date:   **8/15/2009**

**STATEMENT OF RELATED CASES**

## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Chapter 11 case filed on May 15, 2009 as CEYLON HOTELS MANAGEMENT, LLC, in the District of Arizona, Case # 4:09-bk-10399-JMM**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California   **/s/ Wilfred Kularatne Weragoda**
                                                       Debtor

Dated: **8/15/2009** _____   **/s/ Sujatha Shanthikumari Weragoda**
                                             Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                      **F 1015-2.1**

B201 - Notice of Available Chapters (Rev. 04/06)                                                    USBC, Central District of California

Name:      **John Asuncion**
Address:   **The Law Offices of John Asuncion**
           **4311 Wilshire Blvd., Suite 602**
           **Los Angeles, CA 90010-3717**

Telephone: **(323) 549-3933**                    Fax:    **(323) 954-4334**

☑ Attorney for Debtor(s)

☐ Debtor In Pro Per

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: |
| **Wilfred Kularatne Weragoda**<br><br>**Ceylon Hotels Management, LLC**<br><br>**Sujatha Shanthikumari Weragoda** | **NOTICE OF AVAILABLE**<br>**CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

1.   **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

2.   **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**
   **Chapter 7:  Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

   1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.    Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.    Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.    Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.    Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.    After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.    Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| John Asuncion | /s/ John Asuncion, Esq.          8/15/2009 |
| Printed Name of Attorney | Signature of Attorney                Date |

Address:

**The Law Offices of John Asuncion**
**4311 Wilshire Blvd., Suite 602**
**Los Angeles, CA 90010-3717**


**(323) 549-3933**

B201 - Notice of Available Chapters (Rev. 04/06)                                                    USBC, Central District of California

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Wilfred Kularatne Weragoda**
_____

**Sujatha Shanthikumari Weragoda**
_____

Printed Name(s) of Debtor(s)

Case No. (if known)  _____

X /s/ **Wilfred Kularatne Weragoda**          **8/15/2009**
_____
**Wilfred Kularatne Weragoda**
Signature of Debtor                                    Date

X /s/ **Sujatha Shanthikumari Weragoda**     **8/15/2009**
_____
**Sujatha Shanthikumari Weragoda**
Signature of Joint Debtor                          Date

Form B6 - Summary (12/07)                                                         2007 USBC, Central District of California

## United States Bankruptcy Court

### Central District of California

| In re  **Wilfred Kularatne Weragoda** | Case No.: | |
|---|---|---|
| **Sujatha Shanthikumari Weragoda**          Debtors. | | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | YES | 1 | $ 411,000.00 | | |
| B - | Personal Property | YES | 2 | $ 27,200.00 | | |
| C - | Property Claimed as Exempt | YES | 1 | | | |
| D - | Creditors Holding Secured Claims | YES | 1 | | $ 615,000.00 | |
| E - | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 23,985.00 | |
| F - | Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 119,573.65 | |
| G - | Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - | Codebtors | YES | 1 | | | |
| I - | Current Income of Individual Debtor(s) | YES | 2 | | | $ 6,427.73 |
| J - | Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 5,578.00 |
| | TOTAL | | 15 | $ 438,200.00 | $ 758,558.65 | |

Official Form B6 - Statistical Summary (12/07)                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re **Wilfred Kularatne Weragoda**<br>**Sujatha Shanthikumari Weragoda**          Debtor(s). | CHAPTER:   **13**<br>CASE NO.: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 23,985.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ 23,985.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 6,427.73 |
| Average Expenses (from Schedule J, Line 18) | $ 5,578.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 8,831.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $86,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 23,985.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $119,573.65 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $205,573.65 |

Form B6A - (12/07)

2007 USBC, Central District of California

| In re | Wilfred Kularatne Weragoda | | Case No.: | |
|---|---|---|---|---|
| | **Sujatha Shanthikumari Weragoda** | Debtors. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Real Property located at: 10431 Gaynor Ave. Granada Hills, CA 91344** | **Fee Owner** | **J** | **$ 411,000.00** | **$ 592,000.00** |

Total ➤ | **$ 411,000.00**

(Report also on Summary of Schedules.)

Form B6B - (12/07)                                                                    2007 USBC, Central District of California

| In re | **Wilfred Kularatne Weragoda** | | Case No.: | |
|---|---|---|---|---|
| | **Sujatha Shanthikumari Weragoda** | Debtors. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank West, Sherman Oaks, CA** | | **1,000.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Union Bank, Century City** | | **500.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture, Household Items** | | **2,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures** | J | **300.00** |
| 6. Wearing apparel. | | **Clothing** | | **2,000.00** |
| 7. Furs and jewelry. | | **Jewelry** | J | **400.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **33% owner in CEYLON HOTELS MANAGEMENT, LLC dba BEST WESTERN PLAZA INN (Disclosure Only)** | | **unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Form B6B - (12/07)

2007 USBC, Central District of California

| In re | **Wilfred Kularatne Weragoda** | | Case No.: | |
|---|---|---|---|---|
| | **Sujatha Shanthikumari Weragoda** | Debtors. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Toyota RAV 4 automobile** | W | 21,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Weragoda Family Trust (Disclosure only, no cash value. Trust owns the Real Property located at 10431 Gaynor Ave.** | | 0.00 |

**Form B6B - (12/07)**                                          **2007 USBC, Central District of California**

| In re | Wilfred Kularatne Weragoda | | Case No.: | |
|---|---|---|---|---|
| | Sujatha Shanthikumari Weragoda | Debtors. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2    continuation sheets attached | | **$ 27,200.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**Form B6C - (12/07)**                                                                                  **2007 USBC, Central District of California**

| In re | **Wilfred Kularatne Weragoda** | | Case No.: | |
|---|---|---|---|---|
| | **Sujatha Shanthikumari Weragoda** | Debtors. | | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Bank West, Sherman Oaks, CA** | **C.C.P. § 703.140(b)(5)** | **1,000.00** | **1,000.00** |
| **Books, pictures** | **C.C.P. § 703.140(b)(3)** | **300.00** | **300.00** |
| **Clothing** | **C.C.P. § 703.140(b)(3)** | **2,000.00** | **2,000.00** |
| **Furniture, Household Items** | **C.C.P. § 703.140(b)(3)** | **2,000.00** | **2,000.00** |
| **Jewelry** | **C.C.P. § 703.140(b)(4)** | **400.00** | **400.00** |
| **Union Bank, Century City** | **C.C.P. § 703.140(b)(5)** | **500.00** | **500.00** |

Form B6D - (12/07)

2007 USBC, Central District of California

| In re | **Wilfred Kularatne Weragoda** | | Case No.: | |
|---|---|---|---|---|
| | **Sujatha Shanthikumari Weragoda** | Debtors. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.    **0015464720** <br> **Litton Loan Servicing** <br> **P.O. Box 4387** <br> **Houston, TX 77210** | C | | 06/01/2001 <br> **Mortgage** <br> **Real Property located at:** <br> **10431 Gaynor Ave.** <br> **Granada Hills, CA 91344** <br> **(1st Mortgage on Property)** <br><br> **Value $411,000.00** | | | | 495,000.00 | 84,000.00 |
| Last four digits of ACCOUNT NO.    **10069** <br> **Santa Barbara Bank** <br> **P.O. Box 60839** <br> **Santa Barbara, CA 93161** | J | | 07/01/2006 <br> **Mortgage** <br> **Real Property located at:** <br> **10431 Gaynor Ave.** <br> **Granada Hills, CA 91344** <br> **(2nd Mortgage on Property)** <br><br> **Value  $0.00** | | | | 97,000.00 | 0.00 |
| Last four digits of ACCOUNT NO.    **0026437099** <br> **Toyota Financial Services** <br> **P.O. Box 60114** <br> **City of Industry, CA 91716-0114** | W | | 04/01/2008 <br> **Security Agreement** <br> **Toyota RAV4 Automobile** <br><br> **Value  $21,000.00** | | | | 23,000.00 | 2,000.00 |

0 continuation sheets attached

| | | | |
|---|---|---|---|
| | Subtotal <br> (Total of this page) | ➤ | **$    615,000.00** **$    86,000.00** |
| | Total <br> (Use only on last page) | ➤ | **$    615,000.00** **$    86,000.00** |
| | | | (Report total also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6E- (Rev. 12/07)                                                                                      2007 USBC, Central District of California

| In re | Wilfred Kularatne Weragoda | Case No.: | |
|---|---|---|---|
| | Sujatha Shanthikumari Weragoda | | |
| | Debtors. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals:** Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

Form B6E- (Rev. 12/07)                                                                                     **2007 USBC, Central District of California**

| In re | Wilfred Kularatne Weragoda | Case No.: | |
|---|---|---|---|
| | Sujatha Shanthikumari Weragoda | | |
| | Debtors. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units
### Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **5518**<br>**Sallie Mae**<br>**P.O. Box 9500**<br>**Wilkes Barre, PA 18773** | | W | 01/01/2008<br>**Student Loan for Co-Debtor** | | | | **3,015.00** | **3,015.00** | **$0.00** |
| Last four digits of ACCOUNT NO. **5498**<br>**Sallie Mae**<br>**P.O. Box 9500**<br>**Wilkes Barre, PA 18773** | | | 06/01/2007<br>**Student Loan Debtor is primary signer for Daughter's student loan** | | | | **20,970.00** | **20,970.00** | **$0.00** |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $  **23,985.00** | $  **23,985.00**  $  **0.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  **23,985.00** | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $  **23,985.00**  $  **0.00** |

Form B6F (Official Form 6F) - (Rev. 12/07)                                                                2007 USBC, Central District of California

| In re | **Wilfred Kularatne Weragoda** | | Case No.: | |
|---|---|---|---|---|
| | **Sujatha Shanthikumari Weragoda** | Debtors. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.   **50 2009 CC 003700**<br>**American Hospitality Supply Company**<br>**P.O. Box 811976**<br>**Boca Raton, FL 33481** | | | **06/01/2008**<br><br>**Unsecured Claim** | | | | **4,310.65** |
| Last four digits of ACCOUNT NO.   **5582-5086-2792-5420**<br>**Chase Mastercard**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** | | | **12/01/2006**<br><br>**unsecured debt** | | | | **2,800.00** |
| Last four digits of ACCOUNT NO.   **5466-1601-1987-5993**<br>**Citi Advantage Mastercard**<br>**P.O. Box 6401**<br>**The Lakes, NV** | | | **01/01/2008**<br><br>**unsecured debt** | | | | **4,000.00** |
| Last four digits of ACCOUNT NO.   **4621-2011-8074-3689**<br>**Citi Platinum Select Card**<br>**P.O. Box 6401**<br>**The Lakes, NV 88901** | | | **04/01/2007**<br><br>**unsecured debt** | | | | **8,860.00** |
| Last four digits of ACCOUNT NO.   **5466-1601-1987-5993**<br>**Citibank**<br>**P.O. Box 6409**<br>**The Lakes, NV 88901** | | | **01/01/2008**<br><br>**unsecured debt** | | | | **4,200.00** |

          2   Continuation sheets attached

|  |  |
|---|---|
| Subtotal ➤ | $     **24,170.65** |
| Total ➤ | $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

| In re | Wilfred Kularatne Weragoda | | Case No.: | |
|---|---|---|---|---|
| | Sujatha Shanthikumari Weragoda | Debtors. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **8982**<br>**Discover**<br>**P.O. Box 6103**<br>**Carol Stream, IL** | | | **12/01/2007**<br><br>**unsecured debt** | | | | **7,750.00** |
| Last four digits of ACCOUNT NO.  **G 7243777**<br>**Evelia & Ramon Ramos**<br>**c/o Ardalan Associates**<br>**15060 Ventura Blvd., # 201**<br>**Sherman Oaks, CA 91403** | | H | **12/01/2008**<br><br>**unsecured personal injury lawsuit** | | | | **28,000.00** |
| Last four digits of ACCOUNT NO.  **061-9082-87146**<br>**GMAC**<br>**P.O. Box 380902**<br>**Bloomington, MN 55438** | | H | **12/01/2006**<br><br>**Deficiency on returned 2006 Suburban automobile** | | | | **11,803.00** |
| Last four digits of ACCOUNT NO.  **101151843**<br>**Santa Barbara Bank & Trust**<br>**P.O. Box 60839**<br>**Santa Barbara, CA 93160** | | H | **12/01/2006**<br><br>**Unsecured Loan** | | | | **39,000.00** |
| Last four digits of ACCOUNT NO.  **5049-9480-3255-6252**<br>**Sears**<br>**P.O. Box 688956**<br>**Des Moines, IA 50368** | | | **12/2007**<br><br>**Unsecured Debt** | | | | **1,200.00** |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal > | $ | 87,753.00 |
|---|---|---|---|
| | Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)                                            2007 USBC, Central District of California

| In re | Wilfred Kularatne Weragoda | | Case No.: | |
|-------|----------------------------|----------|-----------|--|
| | Sujatha Shanthikumari Weragoda | Debtors. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **6305-3202-3038-3075**<br>**The Home Depot**<br>**P.O. Box 6028**<br>**The Lakes, NV 88901** | | | 06/01/2007<br><br>unsecured credit card | | | | 1,250.00 |
| Last four digits of ACCOUNT NO. **6035-3201-5693-5528**<br>**The Home Depot**<br>**P.O. Box 6028**<br>**The Lakes, NV 88901** | | | 6/2007<br><br>unsecured debt | | | | 6,400.00 |

Sheet no.  2 of 2 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | | |
|--|--|--|--|
| | Subtotal ➤ | $ | 7,650.00 |
| | Total ➤ | $ | 119,573.65 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

**Form B6G - (12/07)**                                                                 **2007 USBC, Central District of California**

| In re | Wilfred Kularatne Weragoda | | Case No.: | |
|---|---|---|---|---|
| | Sujatha Shanthikumari Weragoda | Debtors. | | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**Form B6H - (12/07)**                                                    2007 USBC, Central District of California

| In re | **Wilfred Kularatne Weragoda** | | Case No.: | |
|-------|--------------------------------|-|-----------|-|
|       | **Sujatha Shanthikumari Weragoda** | Debtors. | | (If known) |

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

Form B6I  - (Rev. 12/07)                                                                 2007 USBC, Central District of California

| In re | Wilfred Kularatne Weragoda | | Case No.: | |
|---|---|---|---|---|
| | Sujatha Shanthikumari Weragoda | Debtors. | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |
| | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Comptroller | Part-time employment |
| Name of Employer | Le Montrose | BLM |
| How long employed | | 2 months |
| Address of Employer | 900 Hammond Street West Hollywood, CA 90069 | |

**INCOME**: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 7,431.00 | $ | 1,100.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. **SUBTOTAL** | $ | 7,431.00 | $ | 1,100.00 |
| 4. **LESS PAYROLL DEDUCTIONS** | | | | |
| a. Payroll taxes and social security | $ | 1,743.78 | $ | 150.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify)       401K | $ | 509.49 | $ | 0.00 |
| 5. **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 2,253.27 | $ | 150.00 |
| 6. **TOTAL NET MONTHLY TAKE HOME PAY** | $ | 5,177.73 | $ | 950.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 300.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| 14. **SUBTOTAL OF LINES 7 THROUGH 13** | $ | 0.00 | $ | 300.00 |
| 15. **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 5,177.73 | $ | 1,250.00 |
| 16. **COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15) | | $ 6,427.73 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**Form B6I  - (Rev. 12/07)**                                    **2007 USBC, Central District of California**

| In re | **Wilfred Kularatne Weragoda** | Case No.: | |
|---|---|---|---|
| | **Sujatha Shanthikumari Weragoda** | Debtors. | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**Co-Debtor recently started work, and her pay stubs include her "training" hours, but actually her hours will go down a little bit. The anticipated amount is reflected in this Schedule "I".**

**Form B6J - (Rev. 12/07)**                                                    **2007 USBC, Central District of California**

| In re | **Wilfred Kularatne Weragoda** | Case No.: | |
|-------|--------------------------------|-----------|--|
| | **Sujatha Shanthikumari Weragoda** | Debtors. | (If known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,338.00 |
|    a. Are real estate taxes included?     Yes _____ No ✓ | | |
|    b. Is property insurance included?     Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 100.00 |
|    b. Water and sewer | $ | 50.00 |
|    c. Telephone | $ | 0.00 |
|    d. Other **Home telephone (combined package)** | $ | 100.00 |
|    **Mobile phone** | $ | 50.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 45.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 15.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 50.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 150.00 |
|    e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Property Taxes** | $ | 350.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 462.00 |
|    b. Other   **Husband Student Loan (primary for Daughter)** | $ | 168.00 |
|    **Wife's student loan** | $ | 50.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,578.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 15 of Schedule I | $ | 6,427.73 |
|    b. Average monthly expenses from Line 18 above | $ | 5,578.00 |
|    c. Monthly net income (a. minus b.) | $ | 849.73 |

**Form B6 - Declaration(Rev. 12/07)**                    **2007 USBC, Central District of California**

| | | |
|---|---|---|
| **In re** | **Wilfred Kularatne Weragoda** | Case No.: |
| | **Sujatha Shanthikumari Weragoda** | |
| | Debtors. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of      **18**      sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **8/15/2009**

Signature: **/s/ Wilfred Kularatne Weragoda**

                   **Wilfred Kularatne Weragoda**

                   Debtor

Date: **8/15/2009**

Signature: **/s/ Sujatha Shanthikumari Weragoda**

                   **Sujatha Shanthikumari Weragoda**

                   (Joint Debtor, if any)

             [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

            (NOT  APPLICABLE)

Statement of Financial Affairs (Form 7) - Page 1 - (Rev. 12/07)                                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | **Wilfred Kularatne Weragoda** | | Case No.: | |
|---|---|---|---|---|
| | **Sujatha Shanthikumari Weragoda** | Debtors. | | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 129,620.00 | **Regular Income** | **2007** |
| 76,769.00 | **Regular Income** | **2008** |
| 55,471.96 | **Year to Date** | **2009** |

## 2.  Income other than from employment or operation of business

None

☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None

☑

a. *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 12/07)                                                                  2007 USBC, Central District of California

None  b. *Debtor whose debts are not primarily consumer debts*: List each payment or other transfer to any creditor made within **90
☑     days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
      affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that
      were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
      a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter
      13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None  c. *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑     benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments
      by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
      not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
☑     the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
      not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑     immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
      information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
      separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑     foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
      debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
      whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 3 - (Rev. 12/07)                    2007 USBC, Central District of California

## 6.  Assignments and receiverships

None
☑
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☑
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None
☑
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None
☑
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9.  Payments related to debt counseling or bankruptcy

None
❑
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **John Asuncion, Esq.**<br>**4311 Wilshire Blvd. #602**<br>**Los Angeles, CA 90010** | **08/01/09** | **3000.00** |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None    List all property owned by another person that the debtor holds or controls.

☑

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the

☑       debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also
        any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,

☑       California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
        immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
        who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of
hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium,
including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None    a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit

☑       that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the
        date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of

☑       Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Ceylon Hotels Management, LLC** | | **1108 E. Greenway, Suite 1 Mesa AZ 85203** | **Hotel Management (Debtor's interest is only 33%, No Income from business for over a year)** | **11/01/2006** |

None ☑   b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

● ● ● ● ● ● ● ● ●

*[ if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date **8/15/2009**                        Signature      **/s/ Wilfred Kularatne Weragoda**
                                          of Debtor      **Wilfred Kularatne Weragoda**


Date **8/15/2009**                        Signature      **/s/ Sujatha Shanthikumari Weragoda**
                                          of Joint Debtor **Sujatha Shanthikumari Weragoda**
                                          (if any)

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                    1998 USBC, Central District of California

---

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re | Case No.: |
|---|---|
| **Wilfred Kularatne Weragoda**  **Sujatha Shanthikumari Weragoda**                                        Debtors. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $          4,000.00 |
| Prior to the filing of this statement I have received | $          3,000.00 |
| Balance Due | $          1,000.00 |

2. The source of compensation paid to me was:

   ☒  Debtor              ☐  Other (specify)

3. The source of compensation to be paid to me is:

   ☒  Debtor              ☐  Other (specify)

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)    [Other provisions as needed]
         **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

Form B203- Disclosure of Compensation of Attorney  for Debtor- (1/88)                    1998 USBC, Central District of California

| In re | **Wilfred Kularatne Weragoda** | | Case No.: | |
|---|---|---|---|---|
| | **Sujatha Shanthikumari Weragoda** | Debtors. | | (If known) |

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

8/15/2009
_____
*Date*

**/s/ John Asuncion, Esq.**
_____
*Signature of Attorney*

**The Law Offices of John Asuncion**
_____
*Name of Law Firm*

February 2006                                                      2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT |
| CENTRAL DISTRICT OF CALIFORNIA |

In re                                                          CHAPTER:   **13**

**Wilfred Kularatne Weragoda**
**Sujatha Shanthikumari Weragoda**           Debtor(s).        CASE NO.:

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,  **Wilfred Kularatne Weragoda**                                , the debtor in this case, declare under penalty
                            *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☑      I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment
         income for the 60-day period prior to the date of the filing of my bankruptcy petition.
         *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

❑      I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and
         received no payment from any other employer.

❑      I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I,  **Sujatha Shanthikumari Weragoda**                             , the debtor in this case, declare under penalty
                            *(Print Name of Joint Debtor, if any)*

of perjury under the laws of the United States of America that:

☑      I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment
         income for the 60-day period prior to the date of the filing of my bankruptcy petition.
         *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

❑      I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and
         received no payment from any other employer.

❑      I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  **8/15/2009**                              Signature **/s/ Wilfred Kularatne Weragoda**
                                                             **Wilfred Kularatne Weragoda**
                                                             *Debtor*

Date  **8/15/2009**                              Signature **/s/ Sujatha Shanthikumari Weragoda**
                                                             **Sujatha Shanthikumari Weragoda**
                                                             *Joint Debtor (if any)*

**Earnings Statement**

**ADP**

CO.   FILE   DEPT.   CLOCK   NUMBER   070
EKT   094219   305010   X500   0000018446   1

LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA 90069

Period Beginning:      07/27/2009
Period Ending:         08/09/2009
Pay Date:              08/13/2009

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS, CA 91344

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:   10
    CA:        10

Social Security Number: XXX-XX-5498

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 40.00 | 1,721.16 | 50,946.20 |
| Meals | | | 12.50 | 395.00 |
| Personal | | 8.00 | 344.22 | |
| Vacation | | 32.00 | 1,376.93 | |
| **Gross Pay** | | | **$3,454.81** | 55,471.96 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -160.13 | 2,688.08 |
| | Social Security Tax | -204.12 | 3,267.52 |
| | Medicare Tax | -47.74 | 764.18 |
| | CA State Income Tax | -71.43 | 1,086.30 |
| | CA SUI/SDI Tax | -36.35 | 583.79 |
| | **Other** | | |
| | Chking | -300.00 | |
| | Insurance | -150.00* | 2,400.00 |
| | Life | -11.50 | 184.00 |
| | Meals | -12.50* | 370.00 |
| | 401K $ | -103.64* | 1,664.14 |
| | 401K Loan 1 | -237.76 | 3,804.16 |
| | 401K Loan 2 | -85.20 | |
| | **Net Pay** | **$2,034.44** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K Ded | | 1,664.14 |
| Vacation Bal | | 199.78 |

| Deposits | |
|---|---|
| Account No. | |
| Transit/ABA | |
| Amount | |
| xxxxxx3572 | |
| xxxx xxxx | |
| $300.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.67

# Earnings Statement



CO.    FILE    DEPT.    CLOCK    NUMBER    070
EKT    094219 305010 X500    0000018405  1

LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET P.H. (310) 855-1115
WEST HOLLYWOOD, CA. 90069

| Period Beginning: | 07/13/2009 |
| Period Ending: | 07/26/2009 |
| Pay Date: | 07/30/2009 |

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS,, CA  91344

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal:    10
   CA:    10

Social Security Number: XXX-XX-5498

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 72.00 | 3,098.08 | 49,225.04 |
| Meals | | | 22.50 | 382.50 |
| Vacation | | 8.00 | 344.23 | 52,017.15 |
| **Gross Pay** | | | **$3,464.81** | |

| Deductions | | | | |
|---|---|---|---|---|
| **Statutory** | | | | |
| Federal Income Tax | | | -160.09 | 2,527.95 |
| Social Security Tax | | | -204.12 | 3,063.40 |
| Medicare Tax | | | -47.74 | 716.44 |
| CA State Income Tax | | | -71.40 | 1,014.87 |
| CA SUI/SDI Tax | | | -36.46 | 547.44 |
| | | | | |
| **Other** | | | | |
| Chking | | | -300.00 | |
| Insurance | | | -150.00* | 2,250.00 |
| Life | | | -11.50 | 172.50 |
| Meals | | | -22.50* | 357.50 |
| 401K $ | | | -103.94* | 1,560.50 |
| 401K Loan 1 | | | -237.76 | 3,566.40 |
| 401K Loan 2 | | | -85.20 | |
| **Net Pay** | | | **$2,034.10** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K Ded | | 1,560.50 |
| Vacation Bal | | 227.16 |

**Deposits**

| | |
|---|---|
| Account No. | |
| Transit/ABA | XXXXX8572 |
| Amount | XXXX XXXX |
| | $300.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.37

# Earnings Statement

ADP

CO.    FILE    DEPT.    CLOCK    NUMBER    070
EKT    094219    305010    X500    0000018368    1

LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA 90069

Period Beginning:    06/29/2009
Period Ending:    07/12/2009
Pay Date:    07/16/2009

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS,, CA 91344

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:    10
  CA:    10

Social Security Number: XXX-XX-5498

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 72.00 | 3,098.08 | 46,126.96 |
| Meals | | | 22.50 | 360.00 |
| Vacation | 8.00 | 344.23 | | 48,552.34 |
| **Gross Pay** | | | **$3,464.81** | |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -160.09 | 2,367.86 | |
| | Social Security Tax | -204.13 | 2,859.28 | |
| | Medicare Tax | -47.74 | 668.70 | |
| | CA State Income Tax | -71.40 | 943.47 | |
| | CA SUI/SDI Tax | -36.47 | 510.98 | |
| | **Other** | | | |
| | Chking | -300.00 | | |
| | Insurance | -150.00* | 2,100.00 | |
| | Life | -11.50 | 161.00 | |
| | Meals | -22.50* | 335.00 | |
| | 401K $ | -103.94* | 1,456.56 | |
| | 401K Loan 1 | -237.76 | 3,328.64 | |
| | 401K Loan 2 | -85.20 | | |
| | **Net Pay** | **$2,034.08** | | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K Ded | | 1,456.56 |
| Vacation Bal | | 230.54 |

| Deposits | | |
|---|---|---|
| Account No. | | |
| Transit/ABA | | xxxxx8572 |
| Amount | | xxxx xxxx |
| | | $300.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.37

# Earnings Statement

LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH. (310) 855-1115
WEST HOLLYWOOD, CA. 90069

| CO. | FILE | DEPT. | CLOCK | NUMBER | 070 |
|-----|------|-------|-------|--------|-----|
| EKT | 094219 | 305010 | X500 | 0000018301 | 1 |

Period Beginning:    06/01/2009
Period Ending:       06/14/2009
Pay Date:            06/18/2009

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS,, CA 91344

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:     10
  CA:          10

Social Security Number: XXX-XX-5498

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 3442.31 | 80.00 | 3,442.31 | 39,586.57 |
| Meals | | 25.00 | 312.50 | |
| **Gross Pay** | | | **$3,467.31** | 41,620.22 |

| Deductions | | | |
|------------|------|-----------|------------|
| **Statutory** | | this period | year to date |
| Federal Income Tax | | -160.08 | 2,047.69 |
| Social Security Tax | | -204.12 | 2,451.03 |
| Medicare Tax | | -47.73 | 573.22 |
| CA State Income Tax | | -71.40 | 800.67 |
| CA SUI/SDI Tax | | -36.49 | 438.02 |
| | | | |
| **Other** | | | |
| Chking | | -300.00 | |
| Insurance | | -150.00* | 1,800.00 |
| Life | | -11.50 | 138.00 |
| Meals | | -25.00* | 287.50 |
| 401K $ | | -104.02* | 1,248.60 |
| 401K Loan 1 | | -237.76 | 2,853.12 |
| 401K Loan 2 | | -85.20 | |
| **Net Pay** | | **$2,034.01** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Yld 401K Ded | | 1,248.60 |
| Vacation Bal | | 229.30 |

**Deposits**

| | Account No. | Transit/ABA | Amount |
|--|-------------|-------------|--------|
| | XXXXX8572 | XXXX XXXX | $300.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.29

# Earnings Statement

CO.      FILE    DEPT.   CLOCK NUMBER    070
EKT    094219 305010 X500   0000018197   1

Period Beginning:    04/20/2009
Period Ending:       05/03/2009
Pay Date:            05/07/2009

LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA. 90069

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS,, CA 91344

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:      10
  CA:           10

Social Security Number: XXX-XX-5498

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 64.00 | 2,753.85 | 29,603.87 |
| Meals | | | 20.00 | 240.00 |
| Sick | | 16.00 | 688.46 | |
| **Gross Pay** | | | **$3,462.31** | 31,220.79 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -160.10 | 1,567.44 |
| | Social Security Tax | -204.12 | 1,838.66 |
| | Medicare Tax | -47.74 | 430.01 |
| | CA State Income Tax | -71.41 | 586.47 |
| | CA SUI/SDI Tax | -36.44 | 328.58 |
| | **Other** | | |
| | Chking | -100.00 | |
| | Insurance | -150.00* | 1,350.00 |
| | Life | -11.50 | 103.50 |
| | Meals | -20.00* | 215.00 |
| | Saving | -200.00 | |
| | 401K $ | -103.87* | 936.62 |
| | 401K Loan 1 | -237.76 | |
| | 401K Loan 2 | -85.20 | 2,139.84 |
| | **Net Pay** | **$2,034.17** | |

| Other Benefits and Information | this period | total: to date |
|---|---|---|
| Ytd 401K Ded | | 936.62 |
| Vacation Bal | | 223.44 |

| Deposits | Account No. | Transit/ABA | Amount |
|---|---|---|---|
| | XXXXXXX0112 | XXXX XXXX | |
| | | | $100.00 |
| | Account No. | Transit/ABA | Amount |
| | xx6144 | XXXX XXXX | |
| | | | $200.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.44



# Earnings Statement

ADP®

LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA. 90069

| CO. | FILE | DEPT. | CLOCK | NUMBER | 070 |
|-----|------|-------|-------|--------|-----|
| EKT | 094219 | 305010 | X500 | 0000018164 | 1 |

| | Period Beginning: | 04/06/2009 |
|--|------------------|-----------|
| | Period Ending: | 04/19/2009 |
| | Pay Date: | 04/23/2009 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 10
  CA: 10

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS,, CA. 91344

Social Security Number: XXX-XX-5498

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 3442.31 | 72.00 | 3,098.08 | 26,850.02 |
| Meals | | | 22.50 | 220.00 |
| Vacation | 8.00 | | 344.23 | 27,758.48 |
| **Gross Pay** | | | **$3,464.81** | |

| Deductions | | |
|------------|--|--|
| **Statutory** | | |
| Federal Income Tax | -160.09 | 1,407.34 |
| Social Security Tax | -204.13 | 1,634.54 |
| Medicare Tax | -47.74 | 382.27 |
| CA State Income Tax | -64.14 | 515.06 |
| CA SUI/SDI Tax | -36.46 | 292.14 |
| **Other** | | |
| Chking | -100.00 | |
| Insurance | -150.00* | 1,200.00 |
| Life | -11.50 | 92.00 |
| Meals | -22.50* | 195.00 |
| Saving | -200.00 | |
| 401K $ | -103.94* | 832.75 |
| 401K Loan 1 | -237.76 | |
| 401K Loan 2 | -85.20 | 1,902.08 |
| **Net Pay** | | **$2,041.35** |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Ytd 401K Ded | | 832.75 |
| Vacation Bal | | 218.82 |

**Deposits**

| | Account No. | | |
|--|-------------|--|--|
| Transit/ABA | 0439640112 | | |
| Amount | 1210 0035 | | $100.00 |
| Account No. | 636144 | | |
| Transit/ABA | 3220 7971 | | |
| Amount | $200.00 | | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.37

TEAR HERE                    ©1990, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

| CO.  | FILE  | DEPT.  | CLOCK | NUMBER | 070 |
|------|-------|--------|-------|--------|-----|
| EKT  | 094219 | 305010 | X500 | 0000018130 | 1 |

LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA. 90069

Period Beginning:    03/23/2009
Period Ending:       04/05/2009
Pay Date:            04/09/2009

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS,, CA   91344

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:      10
CA:           10

Social Security Number: XXX-XX-5498

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 80.00 | 3,442.31 | 23,751.94 |
| Meals | | | 25.00 | 197.50 |
| **Gross Pay** | | | **$3,467.31** | 24,293.67 |

**Deductions**

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -160.08 | 1,247.25 |
| Social Security Tax | -204.12 | 1,430.41 |
| Medicare Tax | -47.74 | 334.53 |
| CA State Income Tax | -64.14 | 450.92 |
| CA SUI/SDI Tax | -36.49 | 255.68 |
| | | |
| **Other** | | |
| Chking | -100.00 | |
| Insurance | -150.00* | 1,050.00 |
| Life | -11.50 | 80.50 |
| Meals | -25.00* | 172.50 |
| Saving | -200.00 | |
| 401K $ | -104.02* | 728.81 |
| 401K Loan 1 | -237.76 | 1,664.32 |
| 401K Loan 2 | -85.20 | |
| **Net Pay** | **$2,041.26** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Ytd 401K Ded | | 728.81 |
| Vacation Bal | | 222.20 |

**Deposits**

| | |
|---|---|
| Account No. | 0439640112 |
| Transit/ABA | 1210 0035 |
| Amount | $100.00 |
| Account No. | 636144 |
| Transit/ABA | 3220 7971 |
| Amount | $200.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.29



# Earnings Statement

| | | | |
|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK NUMBER 070 |
| EKT | 094219 | 305010 | X500    0000018094   1 |

**LE MONTROSE**
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA 90069

| | |
|---|---|
| Period Beginning: | 03/09/2009 |
| Period Ending: | 03/22/2009 |
| Pay Date: | 03/26/2009 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 10
CA: 10

Social Security Number: XXX-XX-5498

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS,, CA 91344

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 80.00 | 3,442.31 | 20,309.63 |
| Meals | | | 25.00 | 172.50 |
| **Gross Pay** | | | **$3,467.31** | 20,826.36 |

## Deductions

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -160.08 | 1,087.17 |
| Social Security Tax | -204.12 | 1,226.29 |
| Medicare Tax | -47.74 | 286.79 |
| CA State Income Tax | -64.14 | 386.78 |
| CA SUI/SDI Tax | -36.49 | 219.19 |
| **Other** | | |
| Chking | -100.00 | |
| Insurance | -150.00* | 900.00 |
| Life | -11.50 | 69.00 |
| Meals | -25.00* | 147.50 |
| Saving | -200.00 | |
| 401K $ | -104.02* | 624.79 |
| 401K Loan 1 | -237.76 | 1,426.56 |
| 401K Loan 2 | -85.20 | |
| **Net Pay** | **$2,041.26** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Ytd 401K Ded | 624.79 | |
| Vacation Bal | | 217.58 |

## Deposits

| | | |
|---|---|---|
| Account No. | Transit/ABA | Amount |
| | | 0439640112 |
| | | 1210 0035 |
| | | $100.00 |
| Account No. | Transit/ABA | Amount |
| | | 636144 |
| | | 3220 7971 |
| | | $200.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.29


ADP

# Earnings Statement

| CO. | FILE | DEPT. | CLOCK | NUMBER | 070 |
| EKT | 094219 | 305010 | X500 | 0000018060 | 1 |

LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA, 90069

Period Beginning: 02/23/2009
Period Ending: 03/08/2009
Pay Date: 03/12/2009

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS, CA 91344

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 10
State: 10

Social Security Number: XXX-XX-5498

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 72.00 | 3,098.08 | 16,867.32 |
| Meals | | | 22.50 ‘ | 147.50 |
| Vacation | | 8.00 | 344.23 | 17,359.05 |
| **Gross Pay** | | | **$3,464.81** | |

| Deductions | | | | |
|---|---|---|---|---|
| Statutory | | | | |
| Federal Income Tax | | | -160.09 | 927.09 |
| Social Security Tax | | | -204.13 | 1,022.17 |
| Medicare Tax | | | -47.73 | 239.05 |
| CA State Income Tax | | | -64.14 | 322.64 |
| CA SUI/SDI Tax | | | -36.46 | 182.70 |
| Other | | | | |
| Chking | | | -100.00 | |
| Insurance | | | -150.00* | 750.00 |
| Life | | | -11.50 | 57.50 |
| Meals | | | -22.50* | 122.50 |
| Saving | | | -200.00 | |
| 401K $ | | | -103.94* | |
| 401K Loan 1 | | | -237.76 | |
| 401K Loan 2 | | | -85.20 | 1,188.80 |
| **Net Pay** | | | **$2,041.36** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K Ded | | 520.77 |
| Vacation Bal | | 212.96 |

| Deposits | | |
|---|---|---|
| Account No. | | 0439640112 |
| Transit/ABA | | 1210 0035 |
| Amount | | $100.00 |
| Account No. | | 636144 |
| Transit/ABA | | 3220 7971 |
| Amount | | $200.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.37



# Earnings Statement

CO.    FILE    DEPT.    CLOCK    NUMBER    070
EKT    094219    305010    X500    0000018025    1

LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA 90069

Period Beginning:    02/09/2009
Period Ending:    02/22/2009
Pay Date:    02/26/2009

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS, CA 91344

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 10
    State: 10

Social Security Number: XXX-XX-5498

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 80.00 | 3,442.31 | 13,769.24 |
| Meals | | | 25.00 | 125.00 |
| **Gross Pay** | | | **$3,467.31** | **13,894.24** |

## Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -190.84 | 767.00 |
| Social Security Tax | -204.12 | 818.04 |
| Medicare Tax | -47.74 | 191.32 |
| CA State Income Tax | -64.14 | 258.50 |
| CA SUI/SDI Tax | -36.49 | 146.24 |
| | | |
| Other | | |
| Chking | -100.00 | |
| Insurance | | |
| Life | -150.00* | 600.00 |
| Meals | -11.50 | 46.00 |
| 401K | -25.00* | 100.00 |
| 401K $ | -104.02* | |
| 401K Loan 1 | -237.76 | |
| 401K Loan 2 | -85.20 | 951.04 |
| **Net Pay** | **$2,210.50** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Yld 401K Ded | | 416.83 |
| Vacation Bal | | 216.34 |

## Deposits

| | |
|---|---|
| Account No. | 043964D112 |
| Transit/ABA | 1210 0035 |
| Amount | $100.00 |
| | |
| Account No. | 636144 |
| Transit/ABA | 3220 7971 |
| Pending | |

## Important Notes

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.29

ADP®

| | |
|---|---|

# Earnings Statement

| CO. | FILE | DEPT. | CLOCK | NUMBER | 070 |
|---|---|---|---|---|---|
| EKT | 094219 | 305010 | X500 | 0000017988 | 3 |

LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA 90069

Period Beginning:    01/26/2009
Period Ending:    02/08/2009
Pay Date:    02/12/2009

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:    10
    State:    10

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS, CA 91344

Social Security Number: XXX-XX-5498

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 80.00 | 3,442.31 | 10,326.93 |
| Meals | | | 25.00 | 100.00 |
| **Gross Pay** | | | **$3,467.31** | **10,426.93** |

## Deductions

| | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -190.84 | 576.16 |
| Social Security Tax | | -204.13 | 613.92 |
| Medicare Tax | | -47.74 | 143.58 |
| CA State Income Tax | | -64.14 | 194.36 |
| CA SUI/SDI Tax | | -36.49 | 109.75 |
| | | | |
| **Other** | | | |
| Chking | | -100.00 | |
| Insurance | | -150.00* | |
| Life | | -11.50 | |
| Meals | | -25.00* | |
| 401K $ | | -104.02* | |
| 401K Loan 1 | | -237.76 | |
| 401K Loan 2 | | -85.20 | |
| **Net Pay** | | **$2,210.49** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.29

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Ytd 401K Ded | | 312.81 |
| Vacation Bal | | 211.72 |

## Deposits

| | |
|---|---|
| Account No. | 049640112 |
| Transit/ABA | 1210 0035 |
| Amount | $100.00 |



| | |

# Earnings Statement



LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA 90069

| | |
|---|---|
| Period Beginning: | 12/29/2008 |
| Period Ending: | 01/11/2009 |
| Pay Date: | 01/15/2009 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 10
  State:   10

Social Security Number: XXX-XX-5498

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 80.00 | 3,442.31 | 3,442.31 |
| Meals | | | 25.00 | 25.00 |
| **Gross Pay** | | | **$3,467.31** | 3,467.31 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -190.84 | 190.84 |
| Social Security Tax | -204.12 | 204.12 |
| Medicare Tax | -47.74 | 47.74 |
| CA State Income Tax | -64.14 | 64.14 |
| CA SUI/SDI Tax | -36.49 | 36.49 |

**Other**

| | | |
|---|---|---|
| Chking | -100.00 | |
| Insurance | -150.00* | 150.00 |
| Life | -11.50 | 11.50 |
| Meals | -25.00* | 25.00 |
| 401K $ | -104.02* | |
| 401K Loan 1 | -237.76 | 237.76 |
| 401K Loan 2 | -85.20 | |

| **Net Pay** | **$2,210.50** |
|---|---|

CO.        FILE    DEPT.    CLOCK    NUMBER
EKT      094219  305010  X500    000017918  1    070
                                000001918  1

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS, CA 91344

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Ytd 401K Ded | | 104.02 |
| Vacation Bal | | 202.48 |

## Deposits

| | |
|---|---|
| Account No. | 0439640112 |
| Transit/ABA | 1210  0035 |
| Amount | $100.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.29

# Earnings Statement

CO.   FILE   DEPT.   CLOCK   NUMBER   070
EKT   094219  305010  X500   0000017883   1

LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA. 90069

Period Beginning:   12/15/2008
Period Ending:      12/28/2008
Pay Date:           12/31/2008

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS, CA 91344

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:  10
    State:    10

Social Security Number: XXX-XX-5498

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 80.00 | 3,442.31 | 87,242.64 |
| Meals | | | 25.00 | 615.00 |
| Bonus | | | | 13,005.00 |
| Retro-Pay | | | | 146.16 |
| **Gross Pay** | | | **$3,467.31** | 104,077.65 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -200.25 | 4,553.89 |
| | Social Security Tax | -204.12 | 6,163.58 |
| | Medicare Tax | -47.74 | 1,441.48 |
| | CA State Income Tax | -73.23 | 1,553.24 |
| | CA SUI/SDI Tax | | 693.58 |
| | | | |
| | **Other** | | |
| | Chking | -100.00 | |
| | Insurance | -150.00* | 4,050.00 |
| | Life | -11.50 | 310.50 |
| | Meals | -25.00* | 615.00 |
| | Other | -250.00 | 2,000.00 |
| | 401K $ | -104.02* | |
| | 401K Loan 1 | -237.76 | |
| | 401K Loan 2 | -85.20 | 6,419.52 |

| Net Pay | $1,978.49 |
|---|---|

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Ytd 401K Ded | | 12,912.18 |
| Vacation Bal | | 197.86 |

## Deposits

Account No. –
Transit/ABA –              0439640112
                          1210  0035
Amount                    $100.00

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,188.29

# Earnings Statement

ADP®

| CO. | FILE | DEPT. | CLOCK | NUMBER | 070 |
| EKT | 094219 | 305010 | X500 | 0000017842 | 1 |

LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA 90069

Period Beginning:    12/01/2008
Period Ending:       12/14/2008
Pay Date:            12/18/2008

WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS, CA 91344

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 10
State:   10

Social Security Number: XXX-XX-5498

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 40.00 | 1,721.16 | 83,800.33 |
| Meals | | 40.00 | 12.50 | 590.00 |
| Vacation | | 40.00 | 1,721.15 | |
| Bonus | | | | 13,005.00 |
| Retro-Pay | | | | 146.16 |
| **Gross Pay** | | | **$3,454.81** | 100,610.34 |

Your federal taxable wages this period are
$3,188.67

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -200.31 | 4,353.64 |
| Social Security Tax | | -204.12 | 5,959.46 |
| Medicare Tax | | -47.73 | 1,393.74 |
| CA State Income Tax | | -73.26 | 1,480.01 |
| CA SUI/SDI Tax | | | 693.58 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Yld 401K Ded | | 12,808.16 |
| Vacation Bal | | 193.24 |

| **Other** | | |
|---|---|---|
| Chking | -100.00 | |
| Insurance | -150.00* | 3,900.00 |
| Life | -11.50 | 299.00 |
| Meals | -12.50* | 590.00 |
| Other | -250.00 | 1,750.00 |
| 401K $ | -103.64* | |
| 401K Loan 1 | -237.76 | |
| 401K Loan 2 | -85.20 | 6,181.76 |

| Deposits | | |
|---|---|---|
| Account No. | Transit/ABA | Amount |
| 043964011 2 | 1210 0035 | $100.00 |

| **Net Pay** |
|---|
| **$1,978.79** |

* Excluded from federal taxable wages

|||

# Earnings Statement

**LE MONTROSE
SUITE HOTEL DE GRAN LUXE
900 HAMMOND STREET PH, (310) 855-1115
WEST HOLLYWOOD, CA 90069**

CO. FILE DEPT. CLOCK NUMBER 070
EKT 094219 305010 X500 000001 7801 1

Period Beginning: 11/17/2008
Period Ending: 11/30/2008
Pay Date: 12/04/2008

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 10
State: 10

Social Security Number: XXX-XX-5498

**WILFRED WERAGODA
10431 GAYNOR AVENUE
GRANADA HILLS, CA 91344**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3442.31 | 64.00 | 2,753.85 | 82,079.17 |
| Meals | | | 20.00 | 577.50 |
| Vacation | 16.00 | | 688.46 | |
| Bonus | | | | 13,005.00 |
| Retro-Pay | | | | 146.16 |
| **Gross Pay** | | | **$3,462.31** | 97,155.53 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -200.27 | 4,153.33 |
| | Social Security Tax | -204.13 | 5,755.34 |
| | Medicare Tax | -47.74 | 1,346.01 |
| | CA State Income Tax | -73.24 | 1,406.75 |
| | CA SUI/SDI Tax | | 693.58 |

| Other | | |
|---|---|---|
| Chking | -100.00 | |
| Insurance | -150.00* | 3,750.00 |
| Life | -11.50 | 287.50 |
| Meals | -20.00* | 577.50 |
| Other | -250.00 | 1,500.00 |
| 401K $ | -103.87* | |
| 401K Loan 1 | -237.76 | |
| 401K Loan 2 | -85.20 | 5,944.00 |
| **Net Pay** | **$1,978.60** | |

Your federal taxable wages this period are
$3,188.44

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Ytd 401K Ded. | | 12,704.52 |
| Vacation Bal | | 228.62 |

**Deposits**
| Account No. | Transit/ABA | Amount |
|---|---|---|
| 0439640112 | 1210 0035 | $100.00 |

\* Excluded from federal taxable wages

 

Sujatha S Weragoda | Thursday August 13, 2009
Last Logon: 8/11/2009 3:33:42 PM

Help | Print | Home | Exit

Active Menu         Life Events  |  Personal  |  Payroll  |  Benefits  |  Training Mgmt  |  Career Opportunities

- Payroll
    Associate Statement
    Commission Rates
    Direct Deposit
    New Acct Flash
  ▶ Paycheck Review
    Receive Paper Pay Advice
    State Tax Forms
    W-2 Online
    W4 Current Info
    W4 Form Changes
+ California Workers Comp
+ Communications
+ Our Site
    Associate Activity
    Change Password
    Feedback
    myschedule
    Policies & Procedures
    Track Transactions

    In-site Disclosure

## Paycheck Review

- To review another paycheck, select the 'Pay End Date' from the drop down box   08/08/2009
- To view and print the 'Earnings Statement'
  for pay date 08/08/2009, click View/Print Earnings Statement
- To view paycheck summary for the last 13 months, click View Summary

| Associate# | Associate Name | Company | |
|---|---|---|---|
| 72671509 | Sujatha S Weragoda | BLM | |
| Pay Begin Date | Pay End Date | Check# | Check Date |
| 09/02/2009 | 08/08/2009 | 4933229 | 08/14/2009 |

### TOTALS

| | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 420.28 | 44.69 | 0.00 | 375.59 |
| YTD | 2,602.02 | 243.88 | 0.00 | 2,358.14 |

### EARNINGS

| Description | Hourly Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Memo: Sales | | | 20,452.05 | 55,137.88 |
| Memo: Returns | | | 3,630.00 | 8,564.06 |
| Regular Earnings | 12.000000 | 26.68 | 320.16 | 2,037.36 |
| Commission | | | 98.85 | 157.43 |
| Meal Break Modification Adjustment | | | 1.27 | 13.27 |
| NS: Miscellaneous | | | 0.00 | 393.96 |

### DEDUCTIONS

| Description | Plan Type | Deduction Class | Amount | YTD |
|---|---|---|---|---|

### TAXES

| Description | Tax Class | Amount | YTD |
|---|---|---|---|
| Federal | OASDI/Disability - EE | 26.06 | 161.33 |
| Federal | FICA Med Hospital Ins / EE | 6.09 | 37.73 |
| Federal | Withholding | 4.72 | 7.72 |
| California | OASDI/Disability - EE | 4.62 | 28.62 |
| California | State Withholding | 3.20 | 8.48 |

### DISTRIBUTIONS

| Description | Account Number | Amount |
|---|---|---|
| Checking | 2061079519 | 375.59 |



**in-site**

Active Menu

Life Events | Personal | Payroll | Benefits | Training Mgmt | Career Opportunities

Sujatha S Weragoda | Thursday August 13, 2009
Last Logon: 8/11/2009 3:33:42 PM

Help | Print | Home | Exit

- Payroll
  Associate Statement
  Commission Rates
  Direct Deposit
  New Acct Flash
  ▶ Paycheck Review
  Receive Paper Pay Advice
  State Tax Forms
  W-2 Online
  W4 Current Info
  W4 Form Changes
+ California Workers Comp
+ Communications
+ Our Site
  Associate Activity
  Change Password
  Feedback
  myschedule
  Policies & Procedures
  Track Transactions

  In-site Disclosure

## Paycheck Review

- To review another paycheck, select the 'Pay End Date' from the drop down box  08/01/2009
- To view and print the 'Earnings Statement'
  for pay date 08/01/2009, click View/Print Earnings Statement
- To view paycheck summary for the last 13 months, click View Summary

| Associate# | Associate Name | Company |
|---|---|---|
| 72671508 | Sujatha S Weragoda | BLM |

| Pay Begin Date | Pay End Date | Check# | Check Date |
|---|---|---|---|
| 07/26/2009 | 08/01/2009 | 4922363 | 08/07/2009 |

**TOTALS**

| | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 267.60 | 23.96 | 0.00 | 243.64 |
| YTD | 2,181.74 | 199.19 | 0.00 | 1,982.55 |

**EARNINGS**

| Description | Hourly Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Memo: Sales | | | 5,814.07 | 34,685.83 |
| Memo: Returns | | | 1,137.34 | 4,934.06 |
| Regular Earnings | 12.000000 | 22.30 | 267.60 | 1,717.20 |
| NS: Miscellaneous | | | 0.00 | 393.96 |
| Commission | | | 0.00 | 59.58 |
| Meal Break Modification | | | 0.00 | 12.00 |

**DEDUCTIONS**

| Description | Plan Type | Deduction Class | Amount | YTD |
|---|---|---|---|---|

**TAXES**

| Description | Tax Class | Amount | YTD |
|---|---|---|---|
| Federal | OASDI/Disability - EE | 16.59 | 135.27 |
| Federal | FICA Med Hospital Ins / EE | 3.88 | 31.64 |
| California | OASDI/Disability - EE | 2.94 | 24.00 |
| California | State Withholding | 0.55 | 5.28 |
| Federal | Withholding | 0.00 | 3.00 |

**DISTRIBUTIONS**

| Description | Account Number | Amount |
|---|---|---|
| Checking | 2061079519 | 243.64 |

 

Active Menu

Life Events | Personal | Payroll | Benefits | Training Mgmt | Career Opportunities

Sujatha S Weragoda | Thursday August 13, 2009
Last Logon: 8/11/2009 3:33:42 PM

Help | Print | Home | Exit

- Payroll
    Associate Statement
    Commission Rates
    Direct Deposit
    New Acct Flash
  ▶ Paycheck Review
    Receive Paper Pay Advice
    State Tax Forms
    W-2 Online
    W4 Current Info
    W4 Form Changes
+ California Workers Comp
+ Communications
+ Our Site
    Associate Activity
    Change Password
    Feedback
    myschedule
    Policies & Procedures
    Track Transactions

    In-site Disclosure

## Paycheck Review

- To review another paycheck, select the 'Pay End Date' from the drop down box  07/18/2009
- To view and print the 'Earnings Statement'
  for pay end date 07/18/2009, click View/Print Earnings Statement
- To view paycheck summary for the last 13 months, click View Summary

| Associate# | Associate Name | Company |
| --- | --- | --- |
| 72671508 | Sujatha S Weragoda | BLM |

| Pay Begin Date | Pay End Date | Check# | Check Date |
| --- | --- | --- | --- |
| 07/12/2009 | 07/18/2009 | 4904807 | 07/24/2009 |

### TOTALS

| | Earnings | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- |
| Current | 328.20 | 30.03 | 0.00 | 298.17 |
| YTD | 1,668.50 | 150.44 | 0.00 | 1,518.05 |

### EARNINGS

| Description | Hourly Rate | Hours/Units | Amount | YTD |
| --- | --- | --- | --- | --- |
| Memo: Sales | | | 3,988.59 | 22,475.52 |
| Memo: Returns | | | 405.22 | 2,523.65 |
| Regular Earnings | 12.000000 | 27.35 | 328.20 | 1,215.96 |
| NS: Miscellaneous | | | 0.00 | 393.96 |
| Commission | | | 0.00 | 58.58 |

### DEDUCTIONS

| Description | Plan Type | Deduction Class | Amount | YTD |
| --- | --- | --- | --- | --- |

### TAXES

| Description | Tax Class | Amount | YTD |
| --- | --- | --- | --- |
| Federal | OASDI/Disability - EE | 20.35 | 103.45 |
| Federal | FICA Med Hospital Ins / EE | 4.76 | 24.19 |
| California | OASDI/Disability - EE | 3.61 | 18.35 |
| California | State Withholding | 1.31 | 4.45 |

### DISTRIBUTIONS

| Description | Account Number | Amount |
| --- | --- | --- |
| Checking | 2061079519 | 298.17 |

 

Active Menu

Life Events | Personal | Payroll | Benefits | Training Mgmt | Career Opportunities

Sujatha S Werageda | Thursday August 13, 2009
Last Logon: 8/11/2009 3:33:42 PM

Help | Print | Home | Exit

- Payroll
  Associate Statement
  Commission Rates
  Direct Deposit
  New Acct Flash
▶ Paycheck Review
  Receive Paper Pay Advice
  State Tax Forms
  W-2 Online
  W4 Current Info
  W4 Form Changes
+ California Workers Comp
+ Communications
+ Our Site
  Associate Activity
  Change Password
  Feedback
  myschedule
  Policies & Procedures
  Track Transactions

in-site Disclosure

## Paycheck Review

- To review another paycheck, select the 'Pay End Date' from the drop down box  07/25/2009
- To view and print the 'Earnings Statement'
  for pay date 07/25/2009, click View/Print Earnings Statement
- To view paycheck summary for the last 13 months, click View Summary

| Associate# | Associate Name | Company |
|---|---|---|
| 72671508 | Sujatha S Werageda | BLM |

| Pay Begin Date | Pay End Date | Check# | Check Date |
|---|---|---|---|
| 07/19/2009 | 07/25/2009 | 4914314 | 07/31/2009 |

### TOTALS

| | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 245.64 | 24.79 | 0.00 | 220.85 |
| YTD | 1,914.14 | 175.23 | 0.00 | 1,738.91 |

### EARNINGS

| Description | Hourly Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Memo: Sales | | | 6,396.24 | 28,871.76 |
| Memo: Returns | | | 1,273.07 | 3,796.72 |
| Regular Earnings | 12.000000 | 19.47 | 233.64 | 1,449.60 |
| Meal Break Modification | 12.000000 | | 12.00 | 12.00 |
| NS: Miscellaneous | | | 0.00 | 393.96 |
| Commission | | | 0.00 | 56.58 |

### DEDUCTIONS

| Description | Plan Type | Deduction Class | Amount | YTD |
|---|---|---|---|---|

### TAXES

| Description | Tax Class | Amount | YTD |
|---|---|---|---|
| Federal | OASDI/Disability - EE | 15.23 | 118.68 |
| Federal | FICA Med Hospital Ins / EE | 3.57 | 27.76 |
| Federal | Withholding | 3.00 | 3.00 |
| California | OASDI/Disability - EE | 2.71 | 21.06 |
| California | State Withholding | 0.28 | 4.73 |

### DISTRIBUTIONS

| Description | Account Number | Amount |
|---|---|---|
| Checking | 2061079519 | 220.85 |

 

Sujatha S Weragoda | Thursday August 13, 2009
Last Logon: 8/11/2009 3:33:42 PM

Help | Print | Home | Exit

Active Menu       Life Events  |  Personal  |  Payroll  |  Benefits  |  Training Mgmt  |  Career Opportunities

- Payroll
    Associate Statement
    Commission Rates
    Direct Deposit
    New Acct Flash
  ▶ Paycheck Review
    Receive Paper Pay Advice
    State Tax Forms
    W-2 Online
    W4 Current Info
    W4 Form Changes
+ California Workers Comp
+ Communications
+ Our Site
    Associate Activity
    Change Password
    Feedback
    myschedule
    Policies & Procedures
    Track Transactions

    In-site Disclosure

## Paycheck Review

- To review another paycheck, select the 'Pay End Date' from the drop down box  07/18/2009
- To view and print the 'Earnings Statement'
  for pay date 07/18/2009, click View/Print Earnings Statement
- To view paycheck summary for the last 13 months, click View Summary

| Associate# | Associate Name | Company |
|---|---|---|
| 72671508 | Sujatha S Weragoda | BLM |

| Pay Begin Date | Pay End Date | Check# | Check Date |
|---|---|---|---|
| 07/12/2009 | 07/18/2009 | 4904807 | 07/24/2009 |

### TOTALS

| | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 328.20 | 30.03 | 0.00 | 298.17 |
| YTD | 1,668.50 | 150.44 | 0.00 | 1,518.06 |

### EARNINGS

| Description | Hourly Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Memo: Sales | | | 3,998.59 | 22,475.52 |
| Memo: Returns | | | 405.22 | 2,523.65 |
| Regular Earnings | 12.000000 | 27.35 | 328.20 | 1,215.96 |
| NS: Miscellaneous | | | 0.00 | 393.96 |
| Commission | | | 0.00 | 58.58 |

### DEDUCTIONS

| Description | Plan Type | Deduction Class | Amount | YTD |
|---|---|---|---|---|

### TAXES

| Description | Tax Class | Amount | YTD |
|---|---|---|---|
| Federal | OASDI/Disability - EE | 20.35 | 103.45 |
| Federal | FICA Med Hospital Ins / EE | 4.76 | 24.19 |
| California | OASDI/Disability - EE | 3.61 | 18.35 |
| California | State Withholding | 1.31 | 4.45 |

### DISTRIBUTIONS

| Description | Account Number | Amount |
|---|---|---|
| Checking | 2061079519 | 298.17 |

 

Active Menu

Life Events | Personal | Payroll | Benefits | Training Mgmt | Career Opportunities

Sujatha S Weragoda | Thursday August 13, 2009
Last Logon: 8/11/2009 3:33:42 PM

Help | Print | Home | Exit

## Paycheck Review

- Payroll
  Associate Statement
  Commission Rates
  Direct Deposit
  New Acct Flash
▶ Paycheck Review
  Receive Paper Pay Advice
  State Tax Forms
  W-2 Online
  W4 Current Info
  W4 Form Changes
+ California Workers Comp
+ Communications
+ Our Site
  Associate Activity
  Change Password
  Feedback
  myschedule
  Policies & Procedures
  Track Transactions

In-site Disclosure

- To review another paycheck, select the 'Pay End Date' from the drop down box  07/11/2009
- To view and print the 'Earnings Statement'
  for pay end date 07/11/2009, click View/Print Earnings Statement
- To view paycheck summary for the last 13 months, click View Summary

| Associate# | Associate Name | Company |
|---|---|---|
| 72671500 | Sujatha S Weragoda | BLM |

| Pay Begin Date | Pay End Date | Check# | Check Date |
|---|---|---|---|
| 07/05/2009 | 07/11/2009 | 4896729 | 07/17/2009 |

### TOTALS

| | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 276.39 | 25.14 | 0.00 | 254.24 |
| YTD | 1,340.30 | 120.41 | 0.00 | 1,219.89 |

### EARNINGS

| Description | Hourly Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Memo: Sales | | | 11,129.64 | 18,480.94 |
| Memo: Returns | | | 1,156.93 | 2,110.43 |
| Regular Earnings | 12.000000 | 18.40 | 220.80 | 897.76 |
| Commission | | | 58.58 | 58.58 |
| NS: Miscellaneous | | | 0.00 | 383.96 |

### DEDUCTIONS

| Description | Plan Type | Deduction Class | Amount | YTD |
|---|---|---|---|---|

### TAXES

| Description | Tax Class | Amount | YTD |
|---|---|---|---|
| Federal | OASDI/Disability - EE | 17.32 | 83.10 |
| Federal | FICA Med Hospital Ins / EE | 4.05 | 19.43 |
| California | OASDI/Disability - EE | 3.07 | 14.74 |
| California | State Withholding | 0.70 | 3.14 |

### DISTRIBUTIONS

| Description | Account Number | Amount |
|---|---|---|
| Checking | 2061079510 | 254.24 |



in-site



Active Menu

Life Events  |  Personal  |  Payroll  |  Benefits  |  Training Mgmt  |  Career Opportunities

Sujatha S Weragoda | Thursday August 13, 2009
Last Logon: 8/11/2009 3:33:42 PM

Help | Print | Home | Exit

- Payroll
  Associate Statement
  Commission Rates
  Direct Deposit
  New Acct Flash
▶ Paycheck Review
  Receive Paper Pay Advice
  State Tax Forms
  W-2 Online
  W4 Current Info
  W4 Form Changes
+ California Workers Comp
+ Communications
+ Our Site
  Associate Activity
  Change Password
  Feedback
  myschedule
  Policies & Procedures
  Track Transactions

  In-site Disclosure

## Paycheck Review

- To review another paycheck, select the 'Pay End Date' from the drop down box  07/04/2009
- To view and print the 'Earnings Statement'
  for pay date 07/04/2009, click View/Print Earnings Statement
- To view paycheck summary for the last 13 months, click View Summary

| Associate# | Associate Name | Company |
|---|---|---|
| 72671509 | Sujatha S Weragoda | BLM |

| Pay Begin Date | Pay End Date | Check# | Check Date |
|---|---|---|---|
| 06/28/2009 | 07/04/2009 | 4888655 | 07/10/2009 |

### TOTALS

| | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 272.76 | 24.48 | 0.00 | 248.28 |
| YTD | 1,060.92 | 95.27 | 0.00 | 965.65 |

### EARNINGS

| Description | Hourly Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Memo: Sales | | | 3,376.30 | 7,360.30 |
| Memo: Returns | | | 645.33 | 961.50 |
| Regular Earnings | 12.000000 | 22.73 | 272.76 | 666.96 |
| NS: Miscellaneous | | | 0.00 | 393.96 |

### DEDUCTIONS

| Description | Plan Type | Deduction Class | Amount | YTD |
|---|---|---|---|---|

### TAXES

| Description | Tax Class | Amount | YTD |
|---|---|---|---|
| Federal | OASDI/Disability - EE | 16.91 | 65.78 |
| Federal | FICA Med Hospital Ins / EE | 3.95 | 15.38 |
| California | OASDI/Disability - EE | 3.00 | 11.67 |
| California | State Withholding | 0.62 | 2.44 |

### DISTRIBUTIONS

| Description | Account Number | Amount |
|---|---|---|
| Checking | 2061079519 | 248.28 |




**in-site**

Active Menu

Sujatha S Weragoda | Thursday August 13, 2009
Last Logon: 8/11/2009 3:33:42 PM

Help | Print | Home | Exit

Life Events   |   Personal   |   Payroll   |   Benefits   |   Training Mgmt   |   Career Opportunities

- Payroll
    Associate Statement
    Commission Rates
    Direct Deposit
    New Acct Flash
  ▶ Paycheck Review
    Receive Paper Pay Advice
    State Tax Forms
    W-2 Online
    W4 Current Info
    W4 Form Changes
+ California Workers Comp
+ Communications
+ Our Site
    Associate Activity
    Change Password
    Feedback
    myschedule
    Policies & Procedures
    Track Transactions

    In-site Disclosure

## Paycheck Review

- To review another paycheck, select the 'Pay End Date' from the drop down box  06/27/2009
- To view and print the 'Earnings Statement'
  for pay end date 06/27/2009, click View/Print Earnings Statement
- To view paycheck summary for the last 13 months, click View Summary

| Associate# | Associate Name | Company |
|---|---|---|
| 7267150B | Sujatha S Weragoda | BLM |

| Pay Begin Date | Pay End Date | Check# | Check Date |
|---|---|---|---|
| 06/21/2009 | 06/27/2009 | 4879217 | 07/03/2009 |

### TOTALS

| | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 195.60 | 17.12 | 0.00 | 178.48 |
| YTD | 788.16 | 70.79 | 0.00 | 717.37 |

### EARNINGS

| Description | Hourly Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Memo: Sales | | | 3,984.00 | 3,984.00 |
| Memo: Returns | | | 316.17 | 316.17 |
| Regular Earnings | 12.000000 | 16.30 | 195.60 | 394.20 |
| NS: Miscellaneous | | | 0.00 | 393.96 |

### DEDUCTIONS

| Description | Plan Type | Deduction Class | Amount | YTD |
|---|---|---|---|---|

### TAXES

| Description | Tax Class | Amount | YTD |
|---|---|---|---|
| Federal | OASDI/Disability - EE | 12.13 | 48.87 |
| Federal | FICA Med Hospital Ins / EE | 2.84 | 11.43 |
| California | OASDI/Disability - EE | 2.15 | 8.67 |
| California | State Withholding | 0.00 | 1.82 |

### DISTRIBUTIONS

| Description | Account Number | Amount |
|---|---|---|
| Checking | 2061079519 | 178.48 |

 

Sujatha S Weragoda | Thursday August 13, 2009
Last Logon: 8/11/2009 3:33:42 PM

Help | Print | Home | Exit

Active Menu          Life Events   |   Personal   |   Payroll   |   Benefits   |   Training Mgmt   |   Career Opportunities

- Payroll
    Associate Statement
    Commission Rates
    Direct Deposit
    New Acct Flash
  ▶ Paycheck Review
    Receive Paper Pay Advice
    State Tax Forms
    W-2 Online
    W4 Current Info
    W4 Form Changes
+ California Workers Comp
+ Communications
+ Our Site
    Associate Activity
    Change Password
    Feedback
    myschedule
    Policies & Procedures
    Track Transactions

    in-site Disclosure

## Paycheck Review

- To review another paycheck, select the 'Pay End Date' from the drop down box  06/20/2009
- To view and print the 'Earnings Statement'
  for pay end date 06/20/2009, click View/Print Earnings Statement
- To view paycheck summary for the last 13 months, click View Summary

| Associate# | Associate Name | Company |
| --- | --- | --- |
| 72671509 | Sujatha S Weragoda | BLM |

| Pay Begin Date | Pay End Date | Check# | Check Date |
| --- | --- | --- | --- |
| 06/14/2009 | 06/20/2009 | 4871130 | 06/26/2009 |

### TOTALS

| | Earnings | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- |
| Current | 322.56 | 29.46 | 0.00 | 293.10 |
| YTD | 592.56 | 53.67 | 0.00 | 538.89 |

### EARNINGS

| Description | Hourly Rate | Hours/Units | Amount | YTD |
| --- | --- | --- | --- | --- |
| Regular Earnings | 12.000000 | 16.55 | 198.60 | 198.60 |
| NS: Miscellaneous | 12.000000 | 10.33 | 123.96 | 393.96 |

### DEDUCTIONS

| Description | Plan Type | Deduction Class | Amount | YTD |
| --- | --- | --- | --- | --- |

### TAXES

| Description | Tax Class | Amount | YTD |
| --- | --- | --- | --- |
| Federal | OASDI/Disability - EE | 20.00 | 36.74 |
| Federal | FICA Med Hospital Ins / EE | 4.67 | 8.59 |
| California | OASDI/Disability - EE | 3.55 | 6.52 |
| California | State Withholding | 1.24 | 1.82 |

### DISTRIBUTIONS

| Description | Account Number | Amount |
| --- | --- | --- |
| Checking | 2061079519 | 293.10 |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re   **Wilfred Kularatne Weragoda**                       Case No.
        **Sujatha Shanthikumari Weragoda**
        Debtors.                                              Chapter   **13**

### STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor | Joint Debtor |
|---|---|---|
| Six months ago | $5,177.73 | $950.00 |
| Five months ago | $5,177.73 | $950.00 |
| Four months ago | $5,177.73 | $950.00 |
| Three months ago | $5,177.73 | $950.00 |
| Two months ago | $5,177.73 | $950.00 |
| Last month | $5,177.73 | $950.00 |
| Income from other sources | $0 | $0.00 |
| Total net income for six months preceding filing | $ 31,066.38 | $ 5,700.00 |
| **Average Monthly Net Income** | $ 5,177.73 | $ 950.00 |

Attached are all payment advices received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated:  **8/15/2009**

                                        **/s/ Wilfred Kularatne Weragoda**
                                        **Wilfred Kularatne Weragoda**

                                                Debtor


                                        **/s/ Sujatha Shanthikumari Weragoda**
                                        **Sujatha Shanthikumari Weragoda**

                                                Joint Debtor

| Form B22C (Chapter13) - (1/08) | 2008 USBC, Central District of California |
|---|---|

| In re  **Wilfred Kularatne Weragoda, Sujatha Shanthikumari Weragoda**  Debtor. | Case No.: (if known) |
|---|---|

According to the calculations required by this statement:
- ☐ **The applicable commitment period is 3 years.**
- ☑ **The applicable commitment period is 5 years.**
- ☑ **Disposable income is determined under § 1325(b)(3)**
- ☐ **Disposable income is not determined under § 1325(b)(3)**

(Check the boxes as directed in Lines 17 and 23 of this statement.)

## STATEMENT OF CURRENT MONTHLY INCOME AND
## CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME
## FOR USE IN CHAPTER 13

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. REPORT OF INCOME | | |
|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.  a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**  b. ☑ Married. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 2-10.** | |

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $7,431.00 | $1,100.00 |
| 3 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** | | |
| | a. Gross Receipts $ 0.00  b. Ordinary and necessary business expenses $ 0.00  c. Business income    Subtract Line b from Line a | $0.00 | $0.00 |
| 4 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. **Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.**  a. Gross Receipts $ 0.00  b. Ordinary and necessary operating expenses $ 0.00  c. Rent and other real property income    Subtract Line b from Line a | $0.00 | $0.00 |
| 5 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
| 6 | **Pension and retirement income.** | $0.00 | $300.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | $0.00 | $0.00 |

Form B22C (Chapter13) - (1/08)                    2008 USBC, Central District of California

| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $ | $ |
|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br> a. _____  $ _____ | $0.00 | $0.00 |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | $7,431.00 | $1,400.00 |
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $  8,831.00 | |

### Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the amount from Line 11. | $ 8,831.00 |
|---|---|---|
| 13 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. <br><br> a. _____  $ _____ <br> Total and enter on Line 13. | $0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $  8,831.00 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $ 105,972.00 |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence:  __CA__    b. Enter debtor's household size:  __2__ | $ 65,097.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed. <br><br> ☐  **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. <br><br> ☑  **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

**Form B22C (Chapter13) - (1/08)**                                         **2008 USBC, Central District of California**

| | **Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME** | |
|---|---|---|
| 18 | Enter the amount from Line 11. | $    8,831.00 |
| 19 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | $         0.00 |
| | a. _____ $ _____ | |
| | Total and enter on Line 19. | |
| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $    8,831.00 |
| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ 105,972.00 |
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $   65,097.00 |
| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☐ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** | |

| | **Part IV. CALCULATION OF DEDUCTIONS FROM INCOME** | |
|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 503.00 |
| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 16b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | $ 288.00 |

| | Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|---|
| a1. | Allowance per member | 60.00 | a2. | Allowance per member | 144.00 |
| b1. | Number of members | 0.00 | b2. | Number of members | 2.00 |
| c1. | Subtotal | 0.00 | c2. | Subtotal | 288.00 |

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ 548.00 |

**Form B22C (Chapter13) - (1/08)**

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** | | | |
|---|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rent expense | $ 1,529.00 | |
| | b. | Average Monthly Payment for any debts secured by home, if any, as stated in Line 47. | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a | $ 1,529.00 |

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7.  ☐ 0  ☑ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 261.00 |
|---|---|---|

| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 0.00 |
|---|---|---|

| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)  ☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28. **Do not enter an amount less than zero.** | | | |
|---|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ 0.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47. | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a | $ 0.00 |

Form B22C (Chapter13) - (1/08)                                            **2008 USBC, Central District of California**

| | | | |
|---|---|---|---|
| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29. **Do not enter an amount less than zero.** | | $ 0.00 |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ 0.00 |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a |

| | | |
|---|---|---|
| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ 2,243.78 |
| 31 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ 0.00 |
| 32 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ 0.00 |
| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 49.** | $ 0.00 |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ 0.00 |
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ 0.00 |
| 36 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $ 0.00 |
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ 0.00 |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | $ 5,372.78 |

| | |
|---|---|
| **Subpart B: Additional Living Expense Deductions** | |
| **Note: Do not include any expenses that you have listed in Lines 24-37** | |

| | | | |
|---|---|---|---|
| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | $ 0.00 |

| | | |
|---|---|---|
| a. | Health Insurance | $ 0.00 |
| b. | Disability Insurance | $ |
| c. | Health Savings Account | $ |

Total and enter on Line 39

**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:
$ _____

Form B22C (Chapter13) - (1/08)                                    2008 USBC, Central District of California

| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ 0.00 |
|---|---|---|
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ 0.00 |
| 42 | **Home energy costs**. Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ 0.00 |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). **Do not include any amount in excess of 15% of your gross monthly income.** | $ 0.00 |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $ 0.00 |

| **Subpart C: Deductions for Debt Payment** |
|---|

| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | **Litton Loan Servicing** | **10431 Gaynor Ave. Granada Hills, CA 91344** | $ 3,038.00 | ☐ yes ☑ no |
| b. | **Santa Barbara Bank** | **10431 Gaynor Ave. Granada Hills, CA 91344** | $ 300.00 | ☐ yes ☑ no |

Total: Add Lines a, b and c    $ 3,338.00

| 48 | **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |

Total: Add Lines a, b and c    $ 0.00

| 49 | **Payments on prepetition priority claims**. Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $ 399.75 |
|---|---|---|

Form B22C (Chapter13) - (1/08)                                    2008 USBC, Central District of California

| 50 | **Chapter 13 administrative expenses**. Multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x   **10.00** | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ 0.00 |

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ 3,737.75 |

| **Subpart D: Total Deductions from Income** | |

| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | **$9,110.53** |

## Part V.  DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)

| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ 8,831.00 |
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ 9,110.53 |
| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. **You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expenses necessary and reasonable.** | |

| | Nature of special circumstances | Amount of expense | |
| a. | | $ | |
| | | Total: Add Lines a, b, and c | $ 0.00 |

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ 9,110.53 |
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ -279.53 |

## Part VI.  ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
| a. | | $ |
| | Total: Add Lines a, b, and c | $ 0.00 |

**Form B22C (Chapter13) - (1/08)**                              **2008 USBC, Central District of California**

| | Part VII:  VERIFICATION |
|---|---|
| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br> Date:  8/15/2009      Signature: **/s/ Wilfred Kularatne Weragoda** <br>                                       **Wilfred Kularatne Weragoda,** (Debtor) <br><br> Date:  8/15/2009      Signature: **/s/ Sujatha Shanthikumari Weragoda** <br>                                       **Sujatha Shanthikumari Weragoda,** (Joint Debtor, if any) |

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **John Asuncion**
Address     **The Law Offices of John Asuncion**
            **4311 Wilshire Blvd., Suite 602**
            **Los Angeles, CA 90010-3717**
Telephone   **(323) 549-3933**

☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Wilfred Kularatne Weragoda**<br>**Ceylon Hotels Management, LLC**<br>**Sujatha Shanthikumari Weragoda** | Case No.: |
| | Chapter:        **13** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**0**_____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **8/15/2009**                              **/s/ Wilfred Kularatne Weragoda**
                                                    Wilfred Kularatne Weragoda,Debtor

**/s/ John Asuncion, Esq.**                         **/s/ Sujatha Shanthikumari Weragoda**
John Asuncion, Attorney *(if applicable)*           Sujatha Shanthikumari Weragoda, Joint Debtor

```
Wilfred Kularatne Weragoda
10431 Gaynor Avenue
Granada Hills, CA 91344

Sujatha Shanthikumari Weragoda
10431 Gaynor Avenue
Granada Hills, CA 91344

John Asuncion
The Law Offices of John Asuncion
4311 Wilshire Blvd., Suite 602
Los Angeles, CA 90010-3717
```

American Hospitality Supply Company
P.O. Box 811976
Boca Raton, FL 33481

Chase Mastercard
P.O. Box 94014
Palatine, IL 60094

Citi Advantage Mastercard
P.O. Box 6401
The Lakes, NV

Citi Platinum Select Card
P.O. Box 6401
The Lakes, NV 88901

Citibank
P.O. Box 6409
The Lakes, NV 88901

Discover
P.O. Box 6103
Carol Stream, IL

Evelia & Ramon Ramos
c/o Ardalan Associates
15060 Ventura Blvd., # 201
Sherman Oaks, CA 91403

GMAC
P.O. Box 380902
Bloomington, MN 55438

Litton Loan Servicing
P.O. Box 4387
Houston, TX 77210

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773

Santa Barbara Bank
P.O. Box 60839
Santa Barbara, CA 93161

Santa Barbara Bank & Trust
P.O. Box 60839
Santa Barbara, CA 93160

Sears
P.O. Box 688956
Des Moines, IA 50368

The Home Depot
P.O. Box 6028
The Lakes, NV 88901

Toyota Financial Services
P.O. Box 60114
City of Industry, CA 91716-0114