# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: __John Asuncion, Esq.__   Atty Name (if applicable): __John Asuncion, Esq.__
Street Address: __4311 Wilshire Blvd., Suite 602__   CA Bar No. (if applicable): __165406__
__Los Angeles, CA 90010-3717__   Atty Fax No. (if applicable): __(323) 954-4334__

Filer's Telephone No.: __(323) 549-3933__

In re:  Wilfred Kularatne Weragoda   Case No.: __1:09-bk-20517-MT__
Sujatha Shanthikumari Weragoda   Chapter 7 ___  11 __X__  13 ___

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?   Yes ___   No __X__

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___   B ___   C ___   D ___   E ___   F ___   G ___   H ___   I __X__   J __X__

Statement of Social Security Number(s) ___   Statement of Financial Affairs ___

Statement of Intentions ___   Other __X__

**Summary of Schedules, Statistical Summary of Certain Liabilities**

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

We, **Wilfred Kularatne Weragoda, Sujatha Shanthikumari Weragoda**, the person(s) who subscribed to the foregoing Amended Schedule do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:  7-14-10

Wilfred Kularatne Weragoda
Debtor Signature

Sujatha Shanthikumari Weragoda
Co-Debtor Signature

**FOR COURT USE ONLY**

**SEE REVERSE SIDE**

UNITED STATES BANKRUPTCY COURT
Central District of California

In re   Wilfred Kularatne Weragoda                          Case No.   1:09-bk-20517-MT
        Sujatha Shanthikumari Weragoda
        Debtors.                                            Chapter    7

## Proof Of Service By Mail

I, M. Morales, declare under penalty of perjury that:

1. I am a resident or employed in the County of Los Angeles, State of California. My residence/business address is:

   4311 Wilshire Blvd. #602
   Los Angeles, CA 90010

2. I am over the age of eighteen years and not a party to this case.

3. On 07/14/2010, I served the attached Amendment on All interested parties, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at 4311 Wilshire Blvd. #602, addressed as follows:

   See attached matrix

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was:

Dated:   7-14-10

At:   Los Angeles, CA 90010                                 _____
                                                            (Signature)

Wilfred Kularatne Weragoda
10431 Gaynor Avenue
Granada Hills, CA 91344

Sujatha Shanthikumari Weragoda
10431 Gaynor Avenue
Granada Hills, CA 91344

John Asuncion, Esq.
The Law Offices of John Asuncion
4311 Wilshire Blvd., Suite 602
Los Angeles, CA 90010-3717

Elizabeth Rojas
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403

American Hospitality Supply Company
P.O. Box 811976
Boca Raton, FL 33481

Chase Mastercard
P.O. Box 94014
Palatine, IL 60094

Citi Advantage Mastercard
P.O. Box 6401
The Lakes, NV

Citi Platinum Select Card
P.O. Box 6401
The Lakes, NV 88901

Citibank
P.O. Box 6409
The Lakes, NV 88901

Discover
P.O. Box 6103
Carol Stream, IL

Evelia & Ramon Ramos
c/o Ardalan Associates
15060 Ventura Blvd., # 201
Sherman Oaks, CA 91403

GMAC
P.O. Box 380902
Bloomington, MN 55438

Litton Loan Servicing
P.O. Box 4387
Houston, TX 77210

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773

Santa Barbara Bank
P.O. Box 60839
Santa Barbara, CA 93161

Santa Barbara Bank & Trust
P.O. Box 60839
Santa Barbara, CA 93160

Sears
P.O. Box 688956
Des Moines, IA 50368

The Home Depot
P.O. Box 6028
The Lakes, NV 88901

Toyota Financial Services
P.O. Box 60114
City of Industry, CA 91716-0114

Form B6 - Summary (12/07)                                                                                           2007 USBC, Central District of California

# United States Bankruptcy Court
## Central District of California

| In re Wilfred Kularatne Weragoda | Case No.: 1:09-bk-20517-MT |
| Sujatha Shanthikumari Weragoda         Debtors. | (if known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 411,000.00 | | |
| B - Personal Property | YES | 3 | $ 27,200.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 615,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 143,558.65 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 5,433.75 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 5,640.00 |
| | TOTAL | 16 | $ 438,200.00 | $ 758,558.65 | |

Official Form B6 - Statistical Summary (12/07)                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT |
| CENTRAL DISTRICT OF CALIFORNIA |

| In re Wilfred Kularatne Weragoda | | CHAPTER: 7 |
| Sujatha Shanthikumari Weragoda | Debtor(s). | CASE NO.: 1:09-bk-20517-MT |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

State the following:

| Average Income (from Schedule I, Line 16) | $ 5,433.75 |
|---|---|
| Average Expenses (from Schedule J, Line 18) | $ 5,640.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 7,984.62 |

State the following:

| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 86,000.00 |
|---|---|---|
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 143,558.65 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 229,558.65 |

Form B6I - (Rev. 12/07)                                                                                          2007 USBC, Central District of California

| In re | Wilfred Kularatne Weragoda | | Case No.: | |
|---|---|---|---|---|
| | Sujatha Shanthikumari Weragoda | Debtors. | 1:09-bk-20517-MT | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |
| | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Controller | Part-time employment (non-consistent) |
| Name of Employer | Le Montrose | BLM |
| How long employed | | 2 months |
| Address of Employer | 900 Hammond Street<br>West Hollywood, CA 90069 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 6,934.62 | $ 750.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 6,934.62 | $ 750.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 2,348.87 | $ 202.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other *(specify)* | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,348.87 | $ 202.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 4,585.75 | $ 548.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance<br>(Specify) | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 300.00 |
| 13. Other monthly income<br>(Specify) | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 300.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,585.75 | $ 848.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 5,433.75 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

Form B6I - (Rev. 12/07)                                                          2007 USBC, Central District of California

| In re | Wilfred Kularatne Weragoda | | Case No.: | |
|---|---|---|---|---|
| | Sujatha Shanthikumari Weragoda | Debtors. | 1:09-bk-20517-MT | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

NONE

Form B6J - (Rev. 12/07)                                                                                          2007 USBC, Central District of California

| In re | Wilfred Kularatne Weragoda  Sujatha Shanthikumari Weragoda | Debtors. | Case No.: 1:09-bk-20517-MT | (If known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,338.00 |
|    a. Are real estate taxes included?  Yes ___  No ✓ | |
|    b. Is property insurance included?  Yes ___  No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 180.00 |
|    b. Water and sewer | $ 50.00 |
|    c. Telephone | $ 0.00 |
|    d. Other Home telephone (combined package) | $ 100.00 |
|         Mobile phones | $ 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ 45.00 |
| 4. Food | $ 400.00 |
| 5. Clothing | $ 15.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 50.00 |
|    b. Life | $ 0.00 |
|    c. Health | $ 0.00 |
|    d. Auto | $ 150.00 |
|    e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  Property Taxes | $ 350.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 462.00 |
|    b. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other Contingency Expense | $ 100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 5,640.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 5,433.75 |
|    b. Average monthly expenses from Line 18 above | $ 5,640.00 |
|    c. Monthly net income (a. minus b.) | $ -206.25 |